**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHAEL JAMES NISSEN,

    Plaintiff,

v.                                                                            CV No. 21-557 JB/CG

FNU NILIUS, WARDEN,

    Defendant.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff Michael James Nissen's civil rights complaint. (Doc. 1). The Court finds Mr. Nissen's complaint is deficient because he has not paid the $402.00 filing fee or otherwise filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Mr. Nissen must cure this deficiency within thirty (30) days from entry of this Order by either paying the full $402.00 civil filing fee or submitting an Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Mr. Nissen's inmate account statement for the six-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure this deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that by **July 19, 2021**, Mr. Nissen *either* pay the full $402.00 civil filing fee *or* submitting an Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Mr. Nissen's inmate account statement for the six-month period immediately preceding this filing.

**IT IS FURTHER ORDERED** that the Clerk shall mail to Mr. Nissen a copy of this Order and two (2) copies of an Application to Proceed in District Court Without

Prepaying Fees or Costs with instructions.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE